IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STATE FARM FIRE AND CASUALTY COMPANY,
AS SUBROGEE OF TAYLOR BOONE
AND LAUREL BOONE                                                PLAINTIFFS

VS.                                    CIVIL ACTION NO. 3:18cv166-MPM-RP

AMAZON.COM, INC.,
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
JOHN AND JANE DOES 1-10
AND ABC CORPORATIONS 1-10                                       DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the agreement and joint *ore tenus* motion of the Plaintiff and Defendant Amazon.com, Inc. ("Amazon") to dismiss all claims asserted against Amazon with prejudice, with each party to bear its own costs and attorney fees. This Court, being fully advised of the premises, finds that the motion to dismiss Amazon with prejudice is well taken, should be granted and there is no just reason for delay for entry of this final judgment.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Amazon.com, Inc., is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees. All claims against Samsung defendants remain.

SO ORDERED AND ADJUDGED, this the 6th day of October, 2020.

UNITED STATES DISTRICT JUDGE

1